**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JESSIE GROSS, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Action No. 1:16-cv-2364-RMC |
| v. | ) | |
| | ) | |
| PAR, INC., et al. | ) | |
| | ) | |
| *Defendants* | ) | |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff Jessie Gross ("Gross"), by counsel, defendant PAR, Inc. d/b/a PAR North America, and Metro Investigation & Recovery, Inc. d/b/a Final Notice Location & Recovery, LLC, by counsel, hereby stipulate and agree under Fed. R. Civ. P. 41(a)(1)(A)(ii) that Gross's claims should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:   February 15, 2017                   /s/    *Dean Gregory*
                                            Dean Gregory, Esquire (Bar No. 1008846)
                                            1717 K Street, NW
                                            Suite 900
                                            Washington, DC 20006
                                            Telephone:  (202) 905-8058
                                            Fax:  (202) 776-0136
                                            E-Mail:  dean@deangregory.com

                                            *Attorney for Plaintiff Jessie Gross*

Date:      February 15, 2017            /s/      Amy Bess
                                        Ms. Amy L. Bess, Esquire (Bar No. 418985)
                                        VEDDER PRICE P.C.
                                        1401 I Street NW
                                        Suite 1100
                                        Washington, DC 20005
                                        Telephone:  (202) 312-3320
                                        Facsimile:  (202) 312-3322
                                        Email: abess@vedderprice.com

                                        /s/      Blaine C. Kimrey
                                        Mr. Blaine C. Kimrey, Esquire
                                        Admitted *pro hac vice*
                                        VEDDER PRICE P.C.
                                        222 North LaSalle Street
                                        Chicago, IL 60601
                                        Telephone:  (312) 609-7500
                                        Facsimile:  (312) 609-5005
                                        Email:  bkimrey@vedderprice.com

                                        *Attorneys for Defendant PAR, Inc. d/b/a*
                                        *PAR North America*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 15, 2017, a copy of the foregoing was filed electronically in the ECF system.   Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


 /s/    *Dean Gregory*
Dean Gregory